**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James A. Sanchez,<br><br>        Petitioner,<br>vs.<br><br>Dora Schriro, et al.,<br><br>        Respondents. | No. CV-08-0436-PHX-FJM<br><br>**ORDER** |

      The court has before it Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1), Respondents' answer and supplement filing of exhibit (docs. 11 & 12), and the Report and Recommendation of the United States Magistrate Judge (doc. 13). No objection to the Report and Recommendation was filed.[1]

      After review, we accept the recommended decision of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

      DATED this 19th day of March, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

---

[1] It appears from the docket that a copy of the Magistrate Judge's Report and Recommendation was sent to the petitioner but returned as undeliverable (doc. 14). Because the local rules of civil procedure require petitioner to inform the court of any address change, we conclude that petitioner was provided adequate notice. LRCiv. 83.3(d).